**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 16-7412**

JEFFREY BRIAN COHEN,

        Plaintiff - Appellant,

     v.

WILLIAM D. QUARLES, JR., U.S. District Judge,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:16-cv-02943-ELH)

Submitted:  May 31, 2017                  Decided:  June 8, 2017

Before NIEMEYER, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Brian Cohen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen appeals the district court's orders dismissing his civil action and denying Fed. R. Civ. P. 59(e) relief. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Cohen v. Quarles*, No. 1:16-cv-02943-ELH (D. Md. Filed Aug. 31, 2016 & entered Sept. 1, 2016; filed & entered Oct. 4, 2016); *see also Penn-Am. Ins. Co. v. Coffey*, 368 F.3d 409, 412 (4th Cir. 2004) (discussing considerations relevant to district court's exercise of discretion to adjudicate claim for declaratory relief implicating related proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*